THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONTREZ L. McMATH, Appellant. [864 NYS2d 594]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered February 9, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the fourth degree (Penal Law § 220.09 [1]). The valid waiver by defendant of the right to appeal encompasses the challenges in his main brief and pro se supplemental brief to County Court's suppression ruling (*see People v Kemp,* 94 NY2d 831, 833 [1999]; *People v Berzito,* 261 AD2d 157 [1999], *lv*

*denied* 93 NY2d 1043 [1999]). To the extent that the contention of defendant that he was denied effective assistance of counsel survives the plea and his waiver of the right to appeal (*see People v Santos,* 37 AD3d 1141 [2007], *lv denied* 8 NY3d 950 [2007]), it is lacking in merit (*see generally People v Ford,* 86 NY2d 397, 404 [1995]). The record establishes that defense counsel negotiated a favorable plea bargain and otherwise provided meaningful representation (*see People v Lewis,* 39 AD3d 1025, 1026 [2007]; *see generally People v Baldi,* 54 NY2d 137, 147 [1981]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Green, JJ.